IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES and L. ANN BUTLER, husband and wife, and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN RV, INC., a Washington corporation; and AMERICAN STATES INSURANCE COMPANY, a surety company; and GE MONEY BANK aka GENERAL ELECTRIC COMPANY; and AMERICAN GUARDIAN WARRANTY SERVICES, an Illinois corporation<br><br>Defendants. | No. 3:09-CV-05516 FDB<br><br>**ORDER GRANTING DEFENDANT GE MONEY BANK'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

This matter comes before this Court on a motion brought by Defendant, GE MONEY BANK, requesting an order pursuant to FRCP 56(d)(2) and RCW 7.64.020 ordering Defendant, GREAT AMERICAN RV, INC., to immediately turn over possession of a 2005 Monaco 40PDQ recreational vehicle to an authorized representative of Defendant, GE MONEY BANK.

The Court, having considered Defendant's GE Money Bank's motion for partial summary judgment, the Plaintiff having not responded and Defendant GREAT AMERICAN RV, INC having no objection, finds that GE MONEY BANK is entitled to

ORDER OF PARTIAL SJ  Page 1

its requested relief.

ACCORDINGLY;

IT IS ORDERED:

Defendant GE Money Bank's motion for partial summary judgment is hereby **GRANTED** as follows:

1. Plaintiffs are in breach of the Retail Installment Contract and Security Agreement ("Agreement") dated May 21, 2005 which covered a 2005 Monaco 40PDQ recreational vehicle, VIN number 1RF43564352035135.

2. Defendant, GE MONEY BANK, has met all of the prerequisites set out in RCW 7.64.020.

3. Defendant, GREAT AMERICAN RV, INC., shall consequently turn over possession of the 2005 Monaco 40PDQ recreational vehicle, VIN number 1RF43564352035135, to an authorized representative of defendant, GE MONEY BANK, within seven (7) days from the date of this Order.

Dated this 9th day of November, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE