# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES and L. ANN BUTLER, husband and wife, and the marital communicty composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN RV, INC., a Washington Corporation; and AMERICAN STATES INSURANCE COMPANY, a Surety Company; and GE MONEY BANK aka GENERAL ELECTRIC COMPANY; and AMERICAN GUARDIAN WARRANTY SERVICES, INC., an Illinois Corporation,<br><br>Defendants. | NO. CV-09-05516 FDB<br><br>**ORDER GRANTING LEAVE TO AMEND PLAINTIFFS' COMPLAINT TO INCLUDE A CAUSE OF ACTION FOR VIOLATION OF THE WASHINGTON STATE MOTOR VEHICLE ACT, RCW 46.70** |

This matter comes before the Court on motion of Plaintiffs for leave to amend their complaint to include a cause of action for violation of the Washington Motor Vehicle Act, as codified in RCW 46.70.

After reviewing the case record, the parties' pleadings, and the basis for the motion, the Court agrees that Plaintiffs should be granted leave to amend their complaint.

**NOW, THEREFORE**, it is hereby **OREDERED, ADJUDGED AND DECREED** that Plaintiffs shall be granted leave to amend their complaint to include a cause of action for violation of the Washington Motor Vehicle Act, as codified in RCW 46.70.

**ENTERED** this 21st day of December, 2009

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING LEAVE TO AMEND     2
PLAINTIFFS' COMPLAINT