The Honorable Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES and L. ANN BUTLER, husband and wife, and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN RV, INC., a Washington corporation; AMERICAN STATES INSURANCE COMPANY, a surety company; GE MONEY BANK aka GENERAL ELECTRIC COMPANY; and AMERICAN GUARDIAN WARRANTY SERVICES, INC., an Illinois corporation,<br><br>Defendants. | No. 09-CV-05516-KLS<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO AMERICAN STATES ONLY |
| AMERICAN STATES INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>v.<br><br>ERIC H. LIND and DEBORAH A. LIND, husband and wife and the marital community composed thereof; and RICHARD D. GARCHOW and ARDYTH K. GARCHOW, husband and wife and the martial community composed thereof,<br><br>Third Party Defendants. | |

STIPULATION AND ORDER OF DISMISSAL
AS TO AMERICAN STATES ONLY - 1
322\asi\great am rv\pldgs\butler.dismissal stip.ord

LIVENGOOD, FITZGERALD & ALSKOG, PLLC
121 THIRD AVENUE
P.O. BOX 908
KIRKLAND, WASHINGTON 98083-0908
PHONE: (425) 822-9281   FAX (425) 828-0908

## **STIPULATION**

Plaintiffs Charles and L. Ann Butler and defendant American States Insurance Company, by their respective attorneys, hereby stipulate and agree that all of plaintiffs' claims against American States Insurance Company may be dismissed with prejudice, and without costs or attorney fees to any party.

LIVENGOOD, FITZGERALD & ALSKOG, PLLC

Dated: March 3, 2011

*s/ Thomas K. Windus*
Thomas K. Windus, WSBA #7779
Attorney for Defendant American States
Insurance Company

Dated: March 3, 2011

*s/Robert Mitchell*
Robert Mitchell, WSBA #37444
Attorney for Plaintiffs

## **ORDER**

THIS MATTER having come on regularly for hearing before the above-entitled Court, and plaintiffs Charles and L. Ann Butler and defendant American States Insurance Company having stipulated and agreed to dismissal with prejudice of the plaintiffs' claims against American States, it is now therefore

/ / /

STIPULATION AND ORDER OF DISMISSAL
AS TO AMERICAN STATES ONLY - 2
322\asi\great am rv\pldgs\butler.dismissal stip.ord

LIVENGOOD, FITZGERALD & ALSKOG, PLLC
121 THIRD AVENUE
P.O. BOX 908
KIRKLAND, WASHINGTON  98083-0908
PHONE: (425) 822-9281   FAX (425) 828-0908

1  ORDERED, ADJUDGED AND DECREED that all claims of Charles and L. Ann Butler against American States Insurance Company are hereby dismissed with prejudice, and without costs or attorneys fees to any party.

DATED this 11th day of March, 2011.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

*Presented by*:

    *s/Robert Mitchell*
Robert Mitchell, WSBA #37444
Attorneys for Plaintiff

*Notice of Presentation Waived &*
*Approved as to Form:*

LIVENGOOD, FITZGERALD & ALSKOG, PLLC

    *s/ Thomas K. Windus*
Thomas K. Windus, WSBA #7779
Attorney for Defendant American States
Insurance Company

STIPULATION AND ORDER OF DISMISSAL
AS TO AMERICAN STATES ONLY - 3
322\asi\great am rv\pldgs\butler.dismissal stip.ord

LIVENGOOD, FITZGERALD & ALSKOG, PLLC
121 THIRD AVENUE
P.O. BOX 908
KIRKLAND, WASHINGTON  98083-0908
PHONE: (425) 822-9281   FAX (425) 828-0908

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION AND ORDER OF DISMISSAL
AS TO AMERICAN STATES ONLY - 4
322\asi\great am rv\pldgs\butler.dismissal stip.ord

LIVENGOOD, FITZGERALD & ALSKOG, PLLC
121 THIRD AVENUE
P.O. BOX 908
KIRKLAND, WASHINGTON  98083-0908
PHONE: (425) 822-9281   FAX (425) 828-0908